# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-00126-3 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| KATHRYN M. BURNETT, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge James E. Grimes, Jr. regarding the change of plea hearing of Kathryn M. Burnett which was referred to the Magistrate Judge with the consent of the parties.

Defendant Kathryn M. Burnett was charged in a five count, multi-defendant Indictment with Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 846, and with Count 5, Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846.  As set forth in the R&R, Magistrate Judge James E. Grimes, Jr. received Defendant Kathryn M. Burnett's plea of guilty to Count 1 and 5 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Kathryn M. Burnett is found to be competent to enter a plea and to understand her constitutional

rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Kathryn M. Burnett is adjudged guilty of Count 1 and 5 of the Indictment, with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of Title 18 U.S.C. § 846 and 841(a)(1), (b)(1)(C), and with Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 and 841(a)(1), (b)(1)(C). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place as scheduled on the docket.

IT IS SO ORDERED.

*s/David A. Ruiz*     March 12, 2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE